# Exhibit 2

Charted Claims:

Method Claim: 13

| US7831475B2 | ClusterTruck Website/App ("Accused Instrumentality") |
|---|---|
| 13. A method of ordering comprising: a first customer opening a first menu apparatus having at least one menu display, an input device, a feedback mechanism, and a payment device; | The accused instrumentality practices a method of ordering (e.g., group ordering) comprising: a first customer (e.g., first user using the first computer/first mobile device enabled with the accused instrumentality) opening a first menu apparatus (e.g., first computer/first mobile device enabled with the accused instrumentality's menu) having at least one menu display (e.g., menu displayed on the screen of the computer/mobile device enabled with the accused instrumentality), an input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality), a feedback mechanism (e.g., ingredients, additional selections, add to bag, etc, options), and a payment device (e.g., first computer/mobile device enabled with the accused instrumentality used as a payment device).

As shown below, the accused instrumentality i.e., ClusterTruck website/App practices providing a method of ordering (e.g., group ordering) by the first customer using a first computer/mobile device enabled with the accused instrumentality. The computer/mobile device enabled with the accused instrumentality comprises its menu page displayed on the screen of the device. The first user can select an item from the menu page using the keyboard of the computer device/ touch screen input of the mobile device & the feedback mechanism and can pay using the computer/ mobile device enabled with the accused instrumentality that also acts as a payment device. |



https://clustertruck.com/



https://play.google.com/store/apps/details?id=com.clustertruck.consumer



https://youtu.be/g1HlRc8k6Mk



https://youtu.be/g1HlRc8k6Mk



https://www.youtube.com/shorts/6SarCgGhLIw



https://www.youtube.com/shorts/6SarCgGhLIw



https://www.youtube.com/shorts/6SarCgGhLIw

| | |
|---|---|
| the first customer viewing a desired page of the first menu apparatus; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) viewing a desired page (e.g., menu page of the accused instrumentality) of the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu).<br><br><br><br>https://clustertruck.com/ |



https://youtu.be/g1HlRc8k6Mk



https://www.youtube.com/shorts/6SarCgGhLIw

| the first customer selecting an item from the first menu apparatus using the input device; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) selecting an item from the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) using the input device (e.g., keyboard/touch screen input of the computer/mobile device enabled with the accused instrumentality).  https://clustertruck.com/ |



https://youtu.be/g1HlRc8k6Mk



https://www.youtube.com/shorts/6SarCgGhLIw



https://www.youtube.com/shorts/6SarCgGhLIw

| | |
|---|---|
| the first customer confirming a menu item was selected by referencing the feedback mechanism; | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) confirming a menu item was selected by referencing the feedback mechanism (e.g., ingredients, additional selections, add to bag, etc, options). <br><br>  <br><br> https://clustertruck.com/ |



https://youtu.be/g1HlRc8k6Mk



| the first customer sending the selected items to a remote location for processing; and | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) sending the selected items to a remote location (e.g., the accused instrumentality's kitchen/outlet for pickup, etc.) for processing.  https://clustertruck.com/ |



[https://downtown-columbus.clustertruck.com/menu](https://downtown-columbus.clustertruck.com/menu)

| the first customer sending information from the first menu apparatus to a second customer operating a second menu apparatus. | The accused instrumentality practices the first customer (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) sending information (e.g., sharing of group order information link) from the first menu apparatus (e.g., first computer/mobile device enabled with the accused instrumentality's menu) to a second customer (e.g., second user using a second desktop or mobile device enabled with the accused instrumentality) operating a second menu apparatus (e.g., second computer/mobile device enabled with the accused instrumentality's menu). |
| --- | --- |
| | As shown below, the accused instrumentality i.e., ClusterTruck website/App practices |

providing the first user (e.g., first user using the first computer/mobile device enabled with the accused instrumentality) with the ability to share the group order information from its own computer/mobile device to all the participants via a link to add their menu selections to the Group order using their own computer/mobile devices.



https://clustertruck.com/



https://downtown-columbus.clustertruck.com/menu



https://downtown-columbus.clustertruck.com/menu



https://downtown-columbus.clustertruck.com/menu